# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PRIMESOURCE BUILDING PRODUCTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16 C 11468 |
| v. | ) ) | |
| | ) | Judge Jorge L. Alonso |
| SCOTT FELTON, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

The Court hereby approves and adopts the Report and Recommendation [257] issued by Magistrate Judge Kim. Accordingly, plaintiff's motion [174] for issuance of rule to show cause is denied.

## STATEMENT

Believing that defendant Huttig Building Products, Inc. had violated a Temporary Restraining Order issued by Magistrate Judge Kim, plaintiff Primesource Building Products, Inc. filed a motion for rule to show cause why defendant should not be held in contempt. Magistrate Judge Kim issued a Report and Recommendation in which he recommends that this Court deny the motion, which is essentially a motion to hold defendant in contempt.

The deadline for objecting to Magistrate Judge Kim's Report and Recommendation has passed, and no party has filed objections. The Court has reviewed the Report and Recommendation, has found no errors and agrees with the Report and Recommendation. Thus, the Court hereby adopts the Report and Recommendation in its entirety.

**SO ORDERED.**     ENTERED: May 15, 2018

_____
**JORGE L. ALONSO**
**United States District Judge**